**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

# 07 - CV - 01677-BNB

Civil Action No. _____

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 0 9 2007

GREGORY C. LANGHAM
CLERK

LORENZO MONTOYA,

      Applicant,

v.

THE PEOPLE OF THE STATE OF COLORADO, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Applicant Lorenzo Montoya has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

Dockets.Justia.com

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 9th day of August , 2007.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.    07 - CV - 0 1 6 7 7 - BNB

Lorenzo Montoya
Prisoner No. 107403
CSP - E-3-22
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on _8/9/07_

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk